170 A.3d 326

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. THOMAS BURNS A/K/A THOMAS M. BURNS, AND TOM BURNS, DEFENDANT–PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000923–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 327

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ELVIS SEPULVEDA, DEFENDANT–PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000570–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.